Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| Maxim Reutov | ) | Case No. |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)*  ✓ Yes   No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| Future Motion, Inc | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Maxim Reutov |
| Street Address | 6 Liberty Square #2099 |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02109 |
| Telephone Number | 1 (617) 309-9562 |
| E-mail Address | maxreutov57@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name                                     Future Motion, Inc

    Job or Title *(if known)*

    Street Address                      2881 Mission st

    City and County                   Santa Cruz

    State and Zip Code              CA, 95060

    Telephone Number            1 (800) 283-7943

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)*  Maxim Reutov                          , is a citizen of the State of *(name)*  Massachusetts                          .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.   If the defendant is a corporation

The defendant, *(name)* Future Motion, Inc                      , is incorporated under

the laws of the State of *(name)*      Delaware                      , and has its

principal place of business in the State of *(name)*   California

Or is incorporated under the laws of *(foreign nation)*                      ,

and has its principal place of business in *(name)*                      .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

I had knee pain for almost a year which does not stop. I cannot run anymore only walk slow, extreme pain and emotional distress after the accident, serious head injury and related short term memory issues leading to job and income losses, loss of enjoyment of life - I'm crippled in a way, and I almost got killed due to the defective product.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) $1,000,000
2) Average amount of AD insurance
3) Warn other people about all the dangers.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)*  Future Motion, Inc     , is incorporated under

        the laws of the State of *(name)*  Delaware     , and has its

        principal place of business in the State of *(name)*  California   .

        Or is incorporated under the laws of *(foreign nation)*     ,

        and has its principal place of business in *(name)*     .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

        I had knee pain for almost a year which does not stop. I cannot run anymore only walk slow, extreme pain and emotional distress after the accident, serious head injury and related short term memory issues leading to job and income losses, loss of enjoyment of life - I'm crippled in a way, and I almost got killed due to the defective product.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff          Maxim Reutov

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**JURY TRIAL DEMANDED**

## COMPLAINT

### COUNT I: FAILURE TO WARN CLAIM AGAINST FUTURE MOTION, INC

1. On or about June 18, 2018, the defendant herein held himself to sell the plaintiff its product (One Wheel) which was manufactured, prepared, tested, inspected, promoted, distributed and sold by the defendant herein.

2. The defendant owed to the plaintiff the duty to disclose all significant safety information so as to enable the plaintiff to make an informed judgment relative to the risks of manufactured device including but not limited to the nature and probability of the all risks involved.

3. In breach of the aforesaid duties and obligations the defendant negligently failed to disclose the aforesaid information to the plaintiff causing the plaintiff to be deprived of essential information upon which to make an informed judgment as to his choice of using the manufactured product.

4. Had the plaintiff been informed of the aforesaid facts including the nature and probability of the risks involved, which would reasonably be expected and the available alternatives, the plaintiff would not have considered purchasing and using the defendant's product.

5. As a result of the aforesaid conduct on the part of the defendant herein, the plaintiff was caused to suffer pain, extreme emotional distress and mental anguish and will continue to do so for an indefinite time in the future.

6. As a result of the aforesaid conduct on the part of the defendant, the plaintiff has been obliged to expend sums of money for medical care and attention and will continue to do so for an indefinite time in the future.

7. As a further result of the aforesaid conduct on the part of the defendant herein, the plaintiff has suffered a loss and depreciation in earnings and earning capacity and will continue to do so for an indefinite time in the future.

### COUNT II: CLAIM OF NEGLIGENCE AGAINST FUTURE MOTION INC

1. The plaintiff restates and incorporates by reference the allegations hereinabove set forth in Count I, paragraph 1.

2. The defendant negligently designed and engineered product to be unreasonably dangerous and improperly designed.

3. The defendant so negligently manufactured, prepared, tested, inspected, promoted, distributed and sold the aforesaid product so as to cause the plaintiff to suffer severe personal injuries on or about, some or all of which injuries may be permanent in nature.

4. As a result of the aforesaid negligence on the part of the defendant, the plaintiff was caused to suffer great physical pain, extreme emotional distress and mental anguish and will continue to do so for an indefinite time in the future.

5. As a further result of the aforesaid negligence on the part of the defendant herein, the plaintiff has been obliged to expend various and diverse sums of money for medical care and attention and will continue to do so for an indefinite time in the future.

6. As a further result of the aforesaid conduct on the part of the defendant herein, the plaintiff has suffered a loss and depreciation in earnings and earing capacity and will continue to do so for an indefinite time in the future.

**COUNT IV: BREACH OF EXPRESS WARRANTY CLAIM AGAINST FUTURE MOTION, INC.**

1. On or about June 18, 2018, the defendant herein held himself to sell the plaintiff its product (One Wheel) which was manufactured, prepared, tested, inspected, promoted, distributed and sold by the defendant herein.

2. The defendant at all times material hereto was engaged in the business of manufacturing, preparing, testing, inspecting, promoting, distributing, and selling the One Wheel and expressly warranted that said product was safe, merchantable and fit for its intended use and purposes which warranties the plaintiff relied upon.

3. In breach of the aforesaid express warranty the aforesaid product was in fact unsafe, defective and unfit for its intended uses and purposes as a result of which the plaintiff was caused to suffer severe personal injuries, on or about some or all of which may be permanent in nature.

4. As a result of the aforesaid breach of express warranties by the defendant, the plaintiff was caused to suffer great physical pain, extreme emotional distress and mental anguish and will continue to suffer same for an indefinite time in the future.

5. As a further result of the aforesaid breach of express warranties by the defendant herein, the plaintiff has become obliged to expend various and diverse sums of money for medical care and attention and will continue to do so for an indefinite time in the future.

6. As a further result of the aforesaid breach of express warranties on the part of the defendant, the plaintiff has suffered a loss of earning capacity and has been incapacitated from attending to plaintiffs' usual duties and will continue to do so in the future.

**COUNT V: BREACH OF IMPLIED WARRANTY CLAIM AGAINST FUTURE MOTION, INC.**

1. On or about June 18, 2018, the defendant herein held himself to sell the plaintiff its product (One Wheel) which was manufactured, prepared, tested, inspected, promoted, distributed and sold by the defendant herein.

2. The defendant at all times material hereto was engaged in the business of manufacturing, preparing, testing, inspecting, promoting, distributing, and selling the One Wheel and impliedly warranted that said product was safe, merchantable and fit for its intended use and purposes.

3. In breach of the aforesaid implied warranty of merchantability, the aforesaid product was in fact improperly designed, defective, unsafe, and unfit for its intended uses and purposes as a result of which the plaintiff was caused to suffer severe personal injuries, on or about June 18, 2018, some or all of which may be permanent in nature.

4. As a result of the aforesaid breach of warranty by the defendant, the plaintiff was caused to suffer physical pain, extreme emotional distress and mental anguish and will continue to suffer same for an indefinite time in the future.

5. As a further result of the aforesaid negligence on the part of the defendant herein, the plaintiff has been obliged to expend sums of money for medical care and attention and will continue to do so for an indefinite time in the future.

6. As a further result of the aforesaid breach of warranty on the part of the defendant herein, the plaintiff has suffered a depreciation in earning capacity and will continue to do so in the future.

## COUNT VI: BREACH OF WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE CLAIM AGAINST FUTURE MOTION, INC.

1. On or about June 18, 2018, the defendant herein held himself to sell the plaintiff its product (One Wheel) which was manufactured, prepared, tested, inspected, promoted, distributed and sold by the defendant herein.

2. The defendant at all times material hereto was engaged in the business of manufacturing, preparing, testing, inspecting, promoting, distributing, and selling the One Wheel and impliedly warranted that said product was safe, merchantable and fit for the particular purpose of use as is.

3. In breach of the aforesaid implied warranty of merchantability, the aforesaid product was in fact not suitable for the particular purpose for which it was sold and as a result of which the plaintiff was caused to suffer severe personal injuries, on or about June 18, 2018, some or all of which may be permanent in nature.

4. As a result of the aforesaid breach of warranty by the defendant, the plaintiff was caused to suffer physical pain, extreme emotional distress and mental anguish and will continue to suffer same for an indefinite time in the future.

5. As a further result of the aforesaid breach of warranty on the part of the defendant herein, the plaintiff has been obliged to expend money for medical care and attention and will continue to do so for an indefinite time in the future.

6. As a further result of the aforesaid breach of warranty on the part of the defendant herein, the plaintiff has suffered a depreciation in earning capacity and will continue to do so in the future, WHEREFORE, the plaintiff herein demands a trial by jury and judgment and damages of the defendant herein, plus interest and costs.